IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>　　　　　Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related to Adv. Docket No. 10** |

**CERTIFICATION OF NO OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO FILE PORTIONS OF THE COMPLAINT AND EXHIBITS A-1 AND A-2 TO COMPLAINT UNDER SEAL**

The undersigned counsel to Plaintiff, George L. Miller, Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC (collectively, the "**Debtors**") hereby certifies that:

1.　　On April 18, 2024, the *Trustee's Motion for Entry of an Order Authorizing the Trustee to File Portions of the Complaint and Exhibits A-1 and A-2 to Complaint Under Seal* [Docket No. 10] (the "**Seal Motion**")[2] was filed with the Court.

---

[1]　　The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2]　　Capitalized terms not defined herein shall have the meanings ascribed to them in the Seal Motion.

52256342.1 05/06/2024

2. Objections to the Seal Motion were to be filed by May 2, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Seal Motion may be granted.

**WHEREFORE**, the Debtor respectfully requests the entry of an Order, substantially in the form attached to the Seal Motion, at the earliest convenience of the Court.

Dated: May 6, 2024                           **SAUL EWING LLP**

By:    /s/ Paige N. Topper
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*