# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>    Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related Adv. D.I.**: 1, 10, and 12 |

## ORDER AUTHORIZING THE TRUSTEE TO FILE PORTIONS OF THE COMPLAINT AND EXHIBITS A-1 AND A-2 TO THE COMPLAINT UNDER SEAL

Upon the motion (the "**Motion to Seal**")[2] of Plaintiff for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing Plaintiff to file portions of the Complaint and Exhibits A-1 and A-2 to the Complaint under seal; and upon the record of the hearing on the Motion to Seal, if any; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1]   The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2]   Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

52096763.2

*Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Seal in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been given; and it appearing that no other or further notice of the Motion to Seal is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(d), Plaintiff is authorized to file the Confidential Information contained in the Complaint and corresponding Exhibits A-1 and A-2 under seal and allow for certain portions of the Complaint to be redacted.

3. The unredacted Complaint shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided to: (a) the Court, (b) the U.S. Trustee, (c) Defendants, (d) any counsel identified with Defendants, and (e) any other party as directed by this Court.

4. Each of the parties in the preceding paragraphs, receiving an unredacted copy of the Complaint, shall keep the relevant information confidential.

5. To the extent any party files any responsive pleadings to the Complaint, such party shall redact any and all Confidential Information from its pleadings.

52096763.2

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. Plaintiff is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: May 7th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

52096763.2