# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>    Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, *et al.* (the "Plaintiff"), and counsel for McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. (collectively, the "Defendants"), hereby stipulate as follows:

1.    Plaintiff filed its complaint against Defendants on April 15, 2024 (the "Complaint") [Adv. Docket No. 1].

---

[1]    The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2.      This Court issued the summons to the Complaint on April 17, 2024. [Adv. Docket No. 8]

3.      Defendants' deadline to respond to the Complaint was May 17, 2024.

4.      The parties agree that Defendants shall have through and including June 3, 2024, to answer or otherwise plead to the Complaint.

| **BUCHALTER** | **SAUL EWING LLP** |
|---|---|
| */s/ Steven H. Winick* <br> Steven H. Winick <br> 425 Market Street, Suite 2900 <br> San Francisco, CA 94105 <br> Tel: (415) 227-3573 <br> Email: swinick@buchalter.com <br><br> *Counsel for McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.* | */s/ Evan T. Miller* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> and <br><br> Michelle G. Novick (admitted pro hac vice) <br> 161 North Clark Street, Suite 4200 <br> Chicago, IL 60601 <br> Telephone: (312) 876-7899 <br> michelle.novick@saul.com <br><br> and <br><br> Turner N. Falk (admitted pro hac vice) <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-8415 <br> turner.falk@saul.com <br><br> *Counsel to Plaintiff* |

Dated: May 22, 2024