## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## **DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Defendants McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. ("McKesson"), by and through their undersigned counsel, files this Motion to Dismiss ("Motion") counts five (5) and six (6) of the Complaint filed by George Miller, in his capacity as Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

("Plaintiff"). In support thereof, Defendants rely on their Memorandum of Law in Support of Defendants' Motion to Dismiss ("Memorandum of Law") filed contemporaneously with the Motion.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, moving Defendants respectfully request that this Court issue an Order granting the Motion and dismissing counts five (5) and six (6) of the Complaint with prejudice, and granting such other relief this Court deems just and proper.

DATED: June 3, 2024

By: /s/ Jason C. Powell (No. 3768)
JASON C. POWELL (NO. 3768)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: 302-650-1572
Email: jpowell@delawarefirm.com

and

JEFFREY K. GARFINKLE
(Cal. SBN: 153496; *Pro Hac Vice* pending)
STEVEN H. WINICK
(Cal. SBA: 160815; *Pro Hac Vice* pending)
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949-760-1121
Email: jgarfinkle@buchalter.com
swinick@buchalter.com

*Attorneys for Defendants*
MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.