IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1],<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>　　　　　Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## ORDER

Upon consideration of the Motion to Dismiss counts five (5) and six (6) of the Complaint by George Miller in his capacity as Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, and any responses thereto, it is hereby ORDERED that counts five (5) and six (6) of the Complaint are dismissed with prejudice.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

_____

Dated:_____