# **CERTIFICATE OF SERVICE**

    I, Jason C. Powell, Esq., certify that on June 3, 2024, the foregoing Memorandum of Law in Support of Defendants' Motion to Dismiss were served via CM/ECF upon the parties listed below:

Evan T. Miller, Esquire
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Michelle G. Novick, Esquire
161 North Clark Street, Suite 4200
Chicago, IL 60601

Turner N. Falk, Esquire
1500 Market Street, 38th Floor
Philadelphia, PA 19102

/s/ Jason C. Powell
Jason C. Powell, Esq. (#3768)