IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC[1]<br><br>        Debtors.<br><hr><br>GEORGE MILLER, Chapter & Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.,<br><br>        Defendants. | Chapter 7<br><br>Case No. 23-10253-KBO<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 24-50042 (KBO) |

## REQUEST FOR SPECIAL NOTICE

TO THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE, THE ABOVE-CAPTIONED PARTIES, CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, OTHER PARTIES IN INTEREST, AND THEIR COUNSEL OF RECORD:

Pursuant to 11 U.S.C. § 1109(b), the undersigned, as counsel for McKesson Corporation, on behalf of itself and certain corporate affiliates (collectively, "McKesson") hereby requests that all parties in interest and all counsel of record provide the following person with copies of all notices, pleadings, and other filings in the above-captioned case. Counsel of record is requested

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

BN 79300575v2

to direct all written or telephonic correspondence as follows:

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612
jgarfinkle@buchalter.com
Telephone:  (949) 760-1121

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

McKesson additionally requests that the above-named Parties, the Clerk of the Court, the Chapter 7 Trustee, and any court-approved noticing agent place the undersigned counsel on any mailing matrix to be prepared or existing in the above-captioned case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of McKesson to its:

1.      Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

3.      Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which McKesson is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED:  June 3, 2024                                            BUCHALTER, A Professional Corporation

By:  /s/   *Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq.
(Cal. Bar No. 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
jgarfinkle@buchalter.com

Counsel for McKesson Corporation, on behalf of itself and certain corporate affiliates