## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related Adv. D.I.: 26** |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on June 5, 2024, a copy of the *Scheduling Order* [Adv. D.I. 26] was served via E-Mail on counsel for the Defendants listed below.

| | |
|---|---|
| The Powell Firm, LLC<br>Attn: Jason C. Powell<br>1813 N. Franklin Street<br>P.O. Box 289<br>Wilmington, DE 19899<br>Email: jpowell@delawarefirm.com | Buchalter, a Professional Corporation<br>Attn: Jeffrey K. Garfinkle & Steven H. Winick<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Email: jgarfinkle@buchalter.com<br>         swinick@buchalter.com |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52412615.1 06/05/2024

**SAUL EWING LLP**

By: /s/ *Paige N. Topper*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Counsel to Plaintiff*

Dated: June 5, 2024