# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on June 17, 2024, a true and correct copy of *Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss* was served by Electronic Mail and through the Court's CM/ECF system on the below parties:

Jason C. Powell, Esquire
The Powell Firm, LLC
1201 N. Market Street
Wilmington, DE 19801
jpowell@delawarefirm.com

Jeffrey K. Garfinkle, Esquire
Steven H. Winick, Esquire
Buchalter, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949-760-1121
jgarfinkle@buchalter.com
swinick@buchalter.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**

By: <u>*/s/ Evan T. Miller*</u>
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
evan.miller@saul.com