# **CERTIFICATE OF SERVICE**

      I, Jason C. Powell, Esq., certify that on June 25, 2024, the foregoing Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss was served via CM/ECF upon the parties listed below:

Evan T. Miller
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Michelle G. Novick
161 North Clark Street, Suite 4200
Chicago, IL 60601

Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102

                                            /s/ Jason C. Powell
                                            Jason C. Powell, Esq. (#3768)