# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN, INC., *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-11177 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*<br><br>           Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.<br><br>           Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the **Defendants' Initial Disclosure** was served on June 28, 2024, upon the following by First-Class Mail, and via email:

Evan T. Miller  
1201 N. Market Street  
Suite 2300  
P.O. Box 126  
Wilmington, DE 19899  

Michelle G. Novick  
161 North Clark Street  
Chicago, IL 60601  

Turner N. Falk  
1500 Market Street  
38th Floor  
Philadelphia, PA 19102

DATED: July 1, 2024

      /s/ Jason C. Powell (No. 3768)
JASON C. POWELL (NO. 3768)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: 302-650-1572
Email: jpowell@delawarefirm.com

and

JEFFREY K. GARFINKLE
(Cal. SBN. 153496) *Admitted Pro Hac Vice*
STEVEN H. WINICK
(Cal. SBN 160815) *Admitted Pro Hac Vice*
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com
       swinick@buchalter.com

*Attorneys for Defendants*
MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.