# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*<br><br>    Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.<br><br>    Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>Related Adv. D.I. 19, 20, 28, 29 |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE, pursuant to Local Rule 7007-4, that briefing with respect to the Defendants' Motion to Dismiss [Docket No. 19] (the "Motion") is now complete and the matter is ripe for the Court's consideration. The following pleadings are relevant to the Court's consideration of the Motion:

1. Motion to Dismiss filed by McKesson Corporation, McKesson Specialty Care Distribution LLC, McKesson Medical-Surgical, Inc. (the "Defendants") on June 3, 2024 [Docket No. 19];

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

1

2. Memorandum of Law in Support of Defendants' Motion to Dismiss filed on June 3, 2024 [Docket No. 20];

3. Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss filed by George Miller, Chapter 7 Trustee of bankruptcy estates of Akorn Holding Company LLC, *et al* filed on June 17, 2024 [Docket No. 28];

4. Defendants' Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss filed on June 25, 2024 [Docket No. 29];

5. Plaintiff's Request for Oral Argument filed on July 1, 2024 [Docket No. 33].

6. Defendant's Request for Oral Arguments filed on July 2, 2024 [ Docket No. 34].

DATED:  July 3, 2024

/s/ Jason C. Powell (No. 3768)
JASON C. POWELL (NO. 3768)
THE POWELL FIRM, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: 302-650-1572
Email: jpowell@delawarefirm.com

and

JEFFREY K. GARFINKLE
(Cal. SBN. 153496) *Admitted Pro Hac Vice*
STEVEN H. WINICK
(Cal. SBN 160815) *Admitted Pro Hac Vice*
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 760-1121
Email:  jgarfinkle@buchalter.com
            swinick@buchalter.com

*Attorneys for Defendants*
MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.