## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC *et al.*, | Adversary Proceeding No. 24-50042 (KBO) |
| Plaintiff, | |
| v. | |
| McKESSON CORPORATION, McKESSON SPECIALTY CARE DISTRIBUTION LLC, and McKESSON MEDICAL-SURGICAL, INC., | |
| Defendants. | |

## NOTICE OF DEPOSITION OF DEFENDANT
## McKESSON SPECIALTY CARE DISTRIBUTION LLC

To:   Jeffrey K. Garfinkle, Esq.          Jason C. Powell, Esq.
      Steven H. Winick, Esq.             The Powell Firm, LLC
      Buchalter, a Professional Corporation   1201 N. Market Street
      18400 Von Karman Avenue, Suite 800    Wilmington, DE 19801
      Irvine, CA 92612

**PLEASE TAKE NOTICE** that on **September 10, 2024 at 9:00 a.m.** at the offices of Saul

Ewing LLP, 1201 N. Market Street, Suite 2300, Wilmington, DE 19801, plaintiff George Miller,

---

[1]  The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters were located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC, by and through his counsel, will take the deposition upon oral examination of the person or persons designated by defendant McKesson Specialty Care Distribution LLC pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, which is made applicable to this adversary proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, to testify as to the topics set forth in Exhibit A attached hereto.

The deposition will take place before a notary public in and for the State of Delaware or before some other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means and will continue from day to day until completed.

You are invited to attend and cross-examine.

Dated: July 11, 2024

SAUL EWING LLP

/s/ Evan T. Miller

_____
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
telephone:  (302) 421-6800
email:  evan.miller@saul.com
            paige.topper@saul.com

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
telephone: (312) 876-7899
email:  michelle.novick@saul.com

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
telephone: (215) 972-8415
email:  turner.falk@saul.com

Special Counsel to George Miller, Chapter 7
Trustee of the bankruptcy estates of Akorn
Holding Company LLC *et al*.