**CERTIFICATE OF SERVICE**

      I, Evan T. Miller, hereby certify that on the 11th day of July, 2024, a true and correct copy of *Notice of Deposition of Defendant McKesson Specialty Care Distribution LLC* was served by email upon all counsel of record in this adversary proceeding.

/s/ Evan T. Miller
_____
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
telephone: (302) 421-6800
email: evan.miller@saul.com