# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 10, 2024, a copy of the following documents were served via E-Mail on the parties below:

1. Plaintiff's First Set of Interrogatories to Defendant McKesson Corporation,

2. Plaintiff's First Set of Interrogatories to Defendant McKesson Specialty Care Distribution LLC,

3. Plaintiff's First Set of Interrogatories to Defendant McKesson Medical-Surgical, Inc.,

4. Plaintiff's First Set of Requests for Production to Defendant McKesson Corporation,

5. Plaintiff's First Set of Requests for Production to Defendant McKesson Specialty Care Distribution LLC, and

6. Plaintiff's First Set of Requests for Productions to Defendant McKesson Medical-Surgical, Inc.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52624481.1 07/11/2024

| | |
|---|---|
| Buchalter, a Professional Corporation<br>Attn: Jeffrey K. Garfinkle & Steven H. Winick<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Email: jgarfinkle@buchalter.com<br>         swinick@buchalter.com | The Powell Firm, LLC<br>Attn: Jason C. Powell<br>1813 N. Franklin Street<br>P.O. Box 289<br>Wilmington, DE 19899<br>Email: jpowell@delawarefirm.com |

**SAUL EWING LLP**

By: */s/ Paige N. Topper*
   Evan T. Miller (DE Bar No. 5364)
   Paige N. Topper (DE Bar No. 6470)
   1201 N. Market Street, Suite 2300
   Wilmington, DE 19801
   Telephone: (302) 421-6800
   evan.miller@saul.com
   paige.topper@saul.com

   and

   Michelle G. Novick (admitted *pro hac vice*)
   161 North Clark Street, Suite 4200
   Chicago, IL 60601
   Telephone: (312) 876-7899
   michelle.novick@saul.com

   and

   Turner N. Falk (admitted *pro hac vice*)
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-8415
   turner.falk@saul.com

   *Counsel to Plaintiff*

Dated: July 11, 2024