# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*, | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* | Adv. Proc. No. 24-50042 (KBO) |
| | Related Adv. D.I. 19, 20, 28, 29, 35 |
| Plaintiff, | |
| vs. | |
| MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC. | |
| Defendants. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that McKesson Corporation, McKesson Specialty Care Distribution LLC, McKesson Medical-Surgical, Inc., filed Defendant's Motion to Dismiss Adversary Proceeding (D.I. 19) (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **Tuesday, September 17, 2024 at 10:00 a.m.** before the Honorable Karen B. Owens, at the **United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.**

DATED:  September 13, 2024   THE POWELL FIRM, LLC

/s/ Jason C. Powell (No. 3768)
JASON C. POWELL (NO. 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: 302-650-1572
Email: jpowell@delawarefirm.com

and

JEFFREY K. GARFINKLE
(Cal. SBN. 153496) *Admitted Pro Hac Vice*
STEVEN H. WINICK
(Cal. SBN 160815) *Admitted Pro Hac Vice*
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 760-1121
Email:  jgarfinkle@buchalter.com
           swinick@buchalter.com

*Attorneys for Defendants*
MCKESSON CORPORATION; MCKESSON SPECIALTY CARE DISTRIBUTION LLC; and MCKESSON MEDICAL-SURGICAL, INC.