# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC, ) | |
| *et al.*, ) | Case No. 23-10253 (KBO) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |
| ) | |
| George L. Miller, in his capacity as the ) | |
| Chapter 7 Trustee for the jointly ) | |
| administered bankruptcy estates of ) | |
| Akorn Holding Company, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 24-50042 (KBO) |
| ) | |
| v. ) | **Related to Docket Nos. 19, 20, 28, 29** |
| ) | |
| McKesson Corporation, McKesson ) | |
| Specialty Care Distribution LLC, ) | |
| and McKesson Medical-Surgical, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
## COUNTS V AND VI OF THE COMPLAINT

For the reasons set forth on the record on September 17, 2024, it is hereby **ORDERED** that Counts 5 and 6 of the *Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Accounts Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims* are **DISMISSED**.

Dated: September 17, 2024

_____
Karen B. Owens
United States Bankruptcy Judge