# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>    Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## **CERTIFICATE OF SERVICE**

   I, Evan T. Miller, hereby certify that on the 3rd day of October, 2024, a true and correct copy of *Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief* was served by ECF upon all counsel of record in this adversary proceeding and via Electronic Mail on the following parties:

| | |
|---|---|
| Jeffrey K. Garfinkle, Esquire<br>Steven H. Winick, Esquire<br>Buchalter, a Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>jgarfinkle@buchalter.com<br>swinick@buchalter.com | Jason C. Powell, Esquire<br>The Powell Firm, LLC<br>1813 N. Franklin Street<br>P.O. Box 289<br>Wilmington, DE 19899<br>jpowell@delawarefirm.com |

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800