# **CERTIFICATE OF SERVICE**

I, Jason C. Powell, Esq., certify that on October 17, 2024, the foregoing Declaration of Steven Winick in Support of McKesson's Opposition to Plaintiff's Motion to Compel was served via CM/ECF and U.S. mail upon the parties listed below:

Evan T. Miller, Esquire
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Michelle G. Novick, Esquire
161 North Clark Street, Suite 4200
Chicago, IL 60601

Turner N. Falk, Esquire
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Steven C. Reingold, Esquire
Saul Ewing LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116

Paige Noelle Topper, Esquire
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

/s/ Jason C. Powell
Jason C. Powell, Esq.