# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC., <br><br> Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on the 24th day of October, 2024, a true and correct copy of *Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief* was served by ECF upon all counsel of record in this adversary proceeding and via Electronic Mail on the following parties:

| | |
|---|---|
| Jeffrey K. Garfinkle, Esquire <br> Steven H. Winick, Esquire <br> Buchalter, a Professional Corporation <br> 18400 Von Karman Avenue, Suite 800 <br> Irvine, CA 92612-0514 <br> jgarfinkle@buchalter.com <br> swinick@buchalter.com | Jason C. Powell, Esquire <br> The Powell Firm, LLC <br> 1813 N. Franklin Street <br> P.O. Box 289 <br> Wilmington, DE 19899 <br> jpowell@delawarefirm.com |

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800