IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related Adv. D.I.**: 50, 51, 52, 53, 54, 55, 56, 57 |

NOTICE OF COMPLETION OF BRIEFING ON
PLAINTIFF'S MOTION TO COMPEL

PLEASE TAKE NOTICE that plaintiff, George L. Miller, in his capacity as chapter 7 trustee for the estate of the above-captioned debtors, hereby notifies the Court, pursuant to Del. Bankr. L.R. 7007-4, that briefing on *Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief* [Adv. D.I. 50] (the "Motion to Compel") is complete. The following documents relate to the Motion to Compel:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2

| TAB | BRIEFING AND OTHER PAPERS | D.I. NO. |
|---|---|---|
| 1. | Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief | 50 |
| 2. | Declaration of Steven Reingold in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief | 51 |
| 3. | Memorandum of Law in Opposition to Plaintiff's Motion to Compel | 52 |
| 4. | Declaration of Steven Winick in Support of McKesson's Opposition to Plaintiff's Motion to Compel | 53 |
| 5. | Declaration of Michael Gottschall in Support of McKesson's Opposition to Plaintiff's Motion to Compel | 54 |
| 6. | Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief | 55 |
| 7. | Declaration of Steven Reingold in Support of Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief | 56 |
| 8. | Request for Oral Argument on Plaintiff's Motion to Compel | 57 |

*[Signature Page Follows]*

| | |
|---|---|
| Dated: November 6, 2024 | **SAUL EWING LLP** |
| | |
| | */s/ Evan T. Miller* |
| | Evan T. Miller (DE Bar No. 5364) |
| | Paige N. Topper (DE Bar No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (admitted *pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Steven C. Reingold *(admitted pro hac vice)* |
| | 131 Dartmouth Street, Suite 501 |
| | Boston, MA 02116 |
| | Telephone: (617) 723-3300 |
| | steven.reingold@saul.com |
| | |
| | *Special Counsel for Plaintiff* |