# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al*., | Case No. 20-11177 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* | Adv. Proc. No. 24-50042 (KBO) |
| Plaintiff, | |
| vs. | |
| MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC. | |
| Defendants. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the **(1) Defendant McKesson Corporation's First Request for Admissions to Plaintiff George Miller as Trustee of the Bankruptcy Estate of AKORN Holding Company LLC and (2) Defendant Corporation's First Request for Document Demands to Plaintiff George Miller as Trustee of the Bankruptcy Estate of AKORN Holdings Company LLC** was served on November 26, 2024, upon the following by First-Class Mail, and via email:

Evan T. Miller                   Michelle G. Novick
1201 N. Market Street            161 North Clark Street
Suite 2300                       Chicago, IL 60601
P.O. Box 126
Wilmington, DE 19899

1

Turner N. Falk
1500 Market Street
38th Floor
Philadelphia, PA 19102

| | |
|---|---|
| DATED:  November 26, 2024 | THE POWELL FIRM, LLC |

/s/ Jason C. Powell (No. 3768)
JASON C. POWELL (NO. 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Telephone: 302-650-1572
Email: jpowell@delawarefirm.com

and

JEFFREY K. GARFINKLE
(Cal. SBN. 153496) *Admitted Pro Hac Vice*
STEVEN H. WINICK
(Cal. SBN 160815) *Admitted Pro Hac Vice*
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 760-1121
Email:  jgarfinkle@buchalter.com
           swinick@buchalter.com

*Attorneys for Defendants*
MCKESSON CORPORATION; MCKESSON
SPECIALTY CARE DISTRIBUTION LLC; and
MCKESSON MEDICAL-SURGICAL, INC.