IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 16, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONTINUED MATTERS:**

Oral Argument In re: George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. v. McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.
Adversary No. 24-50042

1. Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief
[Filed 10/3/2024; Adv. Docket No. 50]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|   |   |   |
|---|---|---|
| <u>Related Documents:</u> | (a) | Declaration of Steven C. Reingold in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief<br>[Filed 10/3/2024; Adv. Docket No. 51] |
|   | (b) | Plaintiff's Notice of Service Regarding Service of Plaintiff's First Discovery Requests Directed to Defendants<br>[Filed 7/11/2024; Adv. Docket No. 39] |
|   | (c) | Plaintiff's Request for Oral Argument on Plaintiff's Motion to Compel<br>[Filed 10/30/2024; Adv. Docket No. 57] |
|   | (d) | Notice of Completion of Briefing on Plaintiff's Motion to Compel<br>[Filed 11/6/2024; Adv. Docket No. 58] |
| <u>Objection Deadline:</u> |   | October 17, 2024 at 4:00 p.m. ET |
| <u>Responses Received:</u> | (e) | Memorandum of Law in Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 52] |
|   | (f) | Declaration of Steven Winick in Support of McKesson's Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 53] |
|   | (g) | Declaration of Michael Gottschall in Support of McKesson's Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 54] |
|   | (h) | Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief<br>[Filed 10/24/2024; Adv. Docket No. 55] |
|   | (i) | Declaration of Steven C. Reingold in Support of Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief<br>[Filed 10/24/2024; Adv. Docket No. 56] |

LEGAL\75081773\2 6010823/00574256
01/14/2025

<u>Status</u>:  To allow for continuing settlement discussions the parties, subject to the Court's approval, have agreed to adjourn the hearing to a new date to be determined by the Court.

Dated:  January 14, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

-and-

Saul Ewing LLP
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street
Suite 2300
Wilmington, DE 19899
(302) 421-6800 Phone
evan.miller@saul.com
paige.topper@saul.com

Michelle G. Novick
(admitted *pro hac vice*)
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 876-7899 Phone
michelle.novick@saul.com

Steven C. Reingold
(admitted *pro hac vice*)
131 Dartmouth Street
Suite 501
Boston, MA 02116
steven.reingold@saul.com

*Special Counsel to George Miller, Chapter 7 Trustee*

3