# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related Adv. D.I.**: 50, 51, 52, 53, 54, 55, 56, 57, 58 & 62 |

## NOTICE OF RESCHEDULED ORAL ARGUMENT REGARDING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER (I) COMPELLING DEFENDANTS TO RESPOND TO INTERROGATORIES AND TO PRODUCE DOCUMENTS, AND (II) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that oral argument on *Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief* [Adv. D.I. 50] has been rescheduled and will be held before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **February 20, 2025, at 9:30 a.m. (ET).**

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| Dated: January 27, 2025 | **SAUL EWING LLP** |
| | */s/ Paige N. Topper* |
| | Evan T. Miller (DE Bar No. 5364) |
| | Paige N. Topper (DE Bar No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (admitted *pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Turner N. Falk (admitted *pro hac vice*) |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-8415 |
| | turner.falk@saul.com |
| | |
| | *Counsel for Plaintiff* |