# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## CERTIFICATE OF SERVICE

I, Paige N. Topper, hereby certify that on January 27, 2025, a true and correct copy of the *Notice of Rescheduled Oral Argument Regarding Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief* was served on the below parties in the manner indicated therein:

| | |
|---|---|
| Jason C. Powell, Esquire<br>The Powell Firm, LLC<br>1813 N. Franklin Street<br>Wilmington, DE 19802<br>jpowell@delawarefirm.com<br>**(Via Electronic Mail)** | Jeffrey K. Garfinkle, Esquire<br>Steven H. Winick, Esquire<br>Buchalter, a Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>jgarfinkle@buchalter.com<br>swinick@buchalter.com<br>**(Via Electronic Mail)** |

**SAUL EWING LLP**
*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.