# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, MCKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 24-50042 (KBO)<br><br>**Re: Adv. D.I. 1 & 67** |

### CERTIFICATION OF COUNSEL REGARDING
### AMENDED SCHEDULING ORDER

The undersigned counsel to the above-captioned plaintiff ("Plaintiff") and defendants ("Defendants", and together with Plaintiff, the "Parties") hereby certify as follows:

1. On April 15, 2024, Plaintiff commenced the above-captioned adversary proceeding by filing the *Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims* [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2. On April 17, 2024, Plaintiff served the Complaint, together with the Summons filed on April 17, 2024 [Adv. D.I. 8], on Defendants.

3. The Parties have agreed to extend all forthcoming deadlines set forth in the *Amended Scheduling Order* [Adv. D.I. 67] (the "Scheduling Order") as set forth in the amended scheduling order attached hereto as **Exhibit A** (the "Proposed Order").

4. The Parties respectfully request that the Court enter an order, substantially in the form of the Proposed Order, extending the Scheduling Order deadlines.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated:  February 28, 2025

| **SAUL EWING LLP** | **THE POWELL FIRM, LLC** |
|---|---|
| */s/ Paige N. Topper* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone:  (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> and <br><br> Michelle G. Novick (admitted *pro hac vice*) <br> 161 North Clark Street, Suite 4200 <br> Chicago, IL 60601 <br> Telephone: (312) 876-7899 <br> michelle.novick@saul.com <br><br> and <br><br> Turner N. Falk (admitted *pro hac vice*) <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-8415 <br> turner.falk@saul.com <br><br> *Counsel to Plaintiff* | */s/ Jason C. Powell* <br> Jason C. Powell (DE Bar No. 3768) <br> 1813 N. Franklin Street <br> P.O. Box 289 <br> Wilmington, DE 19899 <br> Telephone: (302) 650-1572 <br> jpowell@delawarefirm.com <br><br> and <br><br> Jeffrey K. Garfinkle (admitted *pro hac vice*) <br> Steven H. Winick (admitted *pro hac vice*) <br> Buchalter, a Professional Corporation <br> 18400 Von Karman Avenue, Suite 800 <br> Irvine, CA 92612-0514 <br> Telephone: (949) 760-1121 <br> jgarfinkle@buchalter.com <br> swinick@buchalter.com <br><br> *Counsel to Defendants* |