IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 11, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

## **CONCLUDED MATTERS:**

1. Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation
   [Filed 3/4/2025; Docket No. 1340]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection<br>[Filed 3/26/2025; Docket No. 1357] |
   | | (b) | Entered Order<br>[Filed 3/28/2025; Docket No. 1360] |
   | Objection Deadline: | | March 25, 2025 at 4:00 p.m. ET |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|   |   |   |
|---|---|---|
| | Responses Received: | None |
| | Status: | This matter is concluded.  Order has been entered by the Court. |

2. Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019
   [Filed 3/4/2025; Docket No. 1341]

   | | | | |
   |---|---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 3/28/2025; Docket No. 1361] |
   | | (b) | Entered Order [Filed 3/28/2025; Docket No. 1362] |
   | Objection Deadline: | | March 25, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

3. Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, et al., to Approve Settlement Agreement with Ernst & Young, LLP
   [Filed 3/14/2025; Docket No. 1348]

   | | | | |
   |---|---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 4/7/2025; Docket No. 1370] |
   | | (b) | Entered Order [Filed 4/8/2025; Docket No. 1371] |
   | Objection Deadline: | | March 28, 2025 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

2

**CONTESTED MATTERS GOING FORWARD:**

4. Pre-Trial Scheduling Conference in Adversary Proceeding
   Adv. Proc. No. 25-50284: Trustee Miller v. Peyton's-Southeastern, Inc. et al

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Complaint [Filed 2/14/2025; Adv. Docket No. 1] |
   | | (b) | Summons and Notice of Pretrial Conference [Filed 3/5/2025; Adv. Docket No. 3] |
   | Objection Deadline: | | April 6, 2025 at 4:00 p.m. |
   | Responses Received: | (c) | Answer to Complaint [Filed 4/8/2025; Adv. Docket No. 5] |
   | Status: | | This matter is going forward. |

5. Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief
   [Filed 10/3/2024; Adv. Docket No. 50]
   Adv. Proc. No. 24-50042:  Trustee Miller v. McKesson Corporation et al

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Declaration of Steven C. Reingold in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief [Filed 10/3/2024; Adv. Docket No. 51] |
   | | (b) | Plaintiff's Notice of Service Regarding Service of Plaintiff's First Discovery Requests Directed to Defendants [Filed 7/11/2024; Adv. Docket No. 39] |
   | | (c) | Plaintiff's Request for Oral Argument on Plaintiff's Motion to Compel [Filed 10/30/2024; Adv. Docket No. 57] |
   | | (d) | Notice of Completion of Briefing on Plaintiff's Motion to Compel [Filed 11/6/2024; Adv. Docket No. 58] |
   | Objection Deadline: | | October 17, 2024 at 4:00 p.m. ET |
   | Responses Received: | (e) | Memorandum of Law in Opposition to Plaintiff's Motion to Compel [Filed 10/17/2024; Adv. Docket No. 52] |

(f) Declaration of Steven Winick in Support of McKesson's Opposition to Plaintiff's Motion to Compel
[Filed 10/17/2024; Adv. Docket No. 53]

(g) Declaration of Michael Gottschall in Support of McKesson's Opposition to Plaintiff's Motion to Compel
[Filed 10/17/2024; Adv. Docket No. 54]

(h) Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief
[Filed 10/24/2024; Adv. Docket No. 55]

(i) Declaration of Steven C. Reingold in Support of Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief
[Filed 10/24/2024; Adv. Docket No. 56]

Status: This matter is going forward as a status hearing.

Dated: April 9, 2025
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*