# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: 9/18/2025 at 4:00 PM (E.T.)**<br>**Hearing Date: 10/17/2025 at 10:00 AM (E.T.)** |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>  Plaintiff,<br><br>  v.<br><br>McKESSON CORPORATION, McKESSON SPECIALTY CARE DISTRIBUTION LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>  Defendants. | Adv. Proc. No. 24-50042 (KBO) |

### NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF ORDER APPROVING SETTLEMENT WITH McKESSON CORPORATION, McKESSON SPECIALTY CARE DISTRIBUTION LLC, AND McKESSON MEDICAL-SURGICAL, INC.

**PLEASE TAKE NOTICE** that George L. Miller, the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC, has filed the *Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), by **September 18, 2025, at 4:00 p.m. (ET)** (the "**Objection Deadline**"). At the same time, you must also serve

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 17, 2025, at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated: September 4, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>-and-<br><br>Steven C. Reingold (*admitted pro hac vice*)<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Telephone: (617) 723-3300<br>steven.reingold@saul.com<br><br>*Special Counsel to George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC et al.* |