# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 1467** |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION, McKESSON SPECIALTY CARE DISTRIBUTION LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO)<br><br>**Related Adv. D.I.: 75** |

### CERTIFICATION OF NO OBJECTION TO MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER APPROVING SETTLEMENT WITH MCKESSON CORPORATION, MCKESSON SPECIALTY CARE DISTRIBUTION LLC, AND MCKESSON MEDICAL-SURGICAL, INC

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

  1. On September 4, 2025, the Trustee filed the *Motion for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and*

---

[1]  The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

*McKesson Medical-Surgical, Inc.* [D.I. 1467; Adv. D.I. 75] (the "**Motion**") in the above-captioned Main Case and Adversary Proceeding.

2. Objections to the Motion were required to be filed with the Court and served on the undersigned so as to be received on or before September 18, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal or informal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 19, 2025
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

*Special Counsel to George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC et al.*

-2-