# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION, McKESSON SPECIALTY CARE DISTRIBUTION LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Adv. Proc. No. 24-50042 (KBO) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendants McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc., by and through their undersigned counsel, hereby stipulate to dismiss with prejudice this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| SAUL EWING LLP | THE POWELL FIRM, LLC |
|---|---|
| /s/ Evan T. Miller | /s/ Jason C. Powell |
| Evan T. Miller (DE Bar No. 5364) | Jason C. Powell (DE Bar No. 3768) |
| 1201 N. Market Street, Suite 2300 | 1813 N. Franklin Street |
| Wilmington, DE 19801 | P.O. Box 289 |
| Telephone: (302) 421-6800 | Wilmington, DE 19899 |
| evan.miller@saul.com | Telephone: (302) 650-1572 |
| | jpowell@delawarefirm.com |
| -and- | |
| | -and- |
| Steven C. Reingold (*admitted pro hac vice*) | |
| 131 Dartmouth Street, Suite 501 | Jeffrey K. Garfinkle (admitted pro hac vice) |
| Boston, MA 02116 | Steven H. Winick (admitted pro hac vice) |
| Telephone: (617) 723-3300 | BUCHALTER, a Professional Corporation |
| steven.reingold@saul.com | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, CA 92612 |
| *Special Counsel to Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | Telephone: (949) 760-1121 |
| | jgarfinkle@buchalter.com |
| | swinick@buchalter.com |
| | |
| | *Counsel for Defendants McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.* |

Dated: October 21, 2025